UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> POPSUGAR INC., <br><br> Defendant. | Case No. 1:18-cv-10976-AKH |

[~~PROPOSED~~] ORDER FOR ADMISSION PRO HAC VICE



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/18

1313221

The motion of BENEDICT Y. HUR, for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

BENEDICT Y. HUR – Cal. Bar No. 224018
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
bhur@keker.com

The applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for defendant POPSUGAR INC. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of the Court, including the Rules governing discipline of attorneys.

*[signature]*
12/10/18

1

1313221